

**221 River Street, 9th Floor**
**Hoboken, New Jersey 07030**
**(201) 420-1911 Tel**
**(201) 742-7022 Fax**
**Corinne@mullenlawfirm.com**
**www.mullenlawfirm.com**

**CORINNE M. MULLEN, ESQ.**
**Certified Civil Trial Attorney**

Via ECF filing

February 27, 2025

Honorable Susan D. Wigenton, U.S.D.J.
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

     Re:  Wyheed Riddick v. City of Jersey City, et al.
     Docket: 2:24-cv-10177-SDW-JSA

Dear Judge Wigenton:

     This letter is most respectfully submitted to request an additional thirty days to effect service of the Complaint in this matter.  This matter was filed on November 1, 2024.

     This is a civil rights action.  Plaintiff's counsel has been terminated by plaintiff and the additional time is sought to permit plaintiff to obtain new counsel.  As well, in the 30-day period, counsel intends to submit a motion to be relieved as counsel.  No service of this Complaint on any party to this action has taken place.

     It is respectfully submitted that in the interests of justice it would be appropriate for plaintiff to have the opportunity to obtain new counsel in the matter. This letter was submitted after advising the Court's chambers and conferring with the Clerk's office.

     There has been no prior application to the Court regarding this matter. Accordingly, Plaintiff's counsel respectfully requests the Court to extend the time to serve process to March 28, 2025.

        Most respectfully,

        /s/ Corinne M. Mullen

        Corinne M. Mullen